Mary Weinberg et al., Appellees, v. Edwin M. Jenkins et al., Appellees. Donald C. Allensworth, Appellant.

Gen. No. 9,917.

opinion filed April 27, 1944; rehearing denied June 27, 1944. Donald C. Allensworth *pro se;* Woolsey, Stickney & Lucas, for certain appellees; H. Glenn Kinsley, for certain other appellees. PER CURIAM. Not to be published in full.

Harry C. Kinne et al., Appellants, v. Dick Duncan et al., Appellees.

opinion filed May 26, 1944. Andrew O. Niehoff, for appellants; Russell Wilson, for appellee Dick Duncan. Opinion by JUSTICE BRISTOW. Not to be published in full.